UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRETT KURPIEL,

    Plaintiff,

-vs-                            Case No:

CALUMET RIVER FLEETING,

    Defendant.
_____/

FILED
JUNE 2, 2008    YM
08CV3155
JUDGE DOW
MAGISTRATE JUDGE VALDEZ

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
       -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

## COMPLAINT

    NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, complaining against Defendant as follows:

1

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. In or about December 2007 Plaintiff was in the course of employment when he was required to negotiate an unreasonably slippery stairwell when as a result thereof he was injured because of said failure to provide a safe place to work and seaworthy vessel.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a. Pain and suffering, past, present and future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

    f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g. Mental anguish;

    h. Found;

      i.      Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

          O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN (P30545)  
Attorneys for Plaintiff  
40l S. Old Woodward, Suite 450  
Birmingham, MI  48009  
(248) 258-6262  
(248) 258-6047 - fax  
dob@obryanlaw.net

-and-

/s/ Frederic Mendelsohn (w/ consent)

Frederic Mendelsohn, (6193281)  
Burke, Warren, MacKay & Serritella, P.C.  
Local Counsel  
22nd Floor  
330 N. Wabash Ave.  
Chicago, IL 60611-3607  
312-840-7004  
312-840-7900 - fax  
fmendelsohn@burkelaw.com

Dated:   June 2, 2008