# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Brett Kurpiel

**DEFENDANTS**
Calumet River Fleeting

**(b)** County of Residence of First Listed Plaintiff: Michigan City, IN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
O'Bryan Baun Cohen Kuebler Karamanian, 401 S. Old Woodward, Ste. 450, Birmingham, MI 48009 (248) 258-6262

Attorneys (If Known)

FILED
JUNE 2, 2008
08CV3155
JUDGE DOW
MAGISTRATE JUDGE VALDEZ
YM

## II. BASIS OF JURISDICTION

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(not applicable)

## IV. NATURE OF SUIT

TORTS - PERSONAL INJURY: [x] 340 Marine

## V. ORIGIN

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

Jones Act (46 USCA 30104) and General Maritime Law

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: [x] Yes

## IX. This case

[x] is not a refiling of a previously dismissed action.

DATE: 06/02/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]