UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRETT KURPIEL,

     Plaintiff,

-vs-                              Case No:

CALUMET RIVER FLEETING,

     Defendant.

_____/

```
FILED
JUNE 2, 2008            YM
08CV3155
JUDGE DOW
MAGISTRATE JUDGE VALDEZ
```

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI  48009
(248)  258-6262
(248) 258-6047
dob@obryanlaw.net
       -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com
_____/

<u>DEMAND FOR TRIAL BY JURY</u>

_____NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN

KUEBLER KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of

action.

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 450
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

/s/ Frederic Mendelsohn (w/ consent)

Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
fmendelsohn@burkelaw.com

Dated:   June 2, 2008