**IN THE UNITED STATES DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRETT KURPIEL | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 08 CV 3155 |
| | ) | |
| CALUMET RIVER FLEETING, | ) | Judge Dow |
| | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

Ross M. Kucera, one of the attorneys for Defendant, CALUMET RIVER FLEETING, certifies that DEFENDANT'S INTERROGATORIES, REQUEST TO PRODUCE AND RULE 26(a)(1) DISCLOSURES TO PLAINTIFF were served upon plaintiff's counsel by mailing copies of the same on this 17th day of July, 2008.

**CALUMET RIVER FLEETING**

By: /s/: Ross M. Kucera
One of Its Attorneys

Steven B. Belgrade
Ross M. Kucera
**BELGRADE AND O'DONNELL, P.C.**
20 North Wacker Drive, Suite 1900
Chicago, Illinois  60606
312/422-1700