## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Brett Kurpiel

                                Plaintiff,

v.                                                    Case No.: 1:08−cv−03155
                                                      Honorable Robert M. Dow Jr.

Calumet River Fleeting

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

     MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 7/24/2008. Written discovery to be completed by 10/24/08; Party and witness depositions to be completed by 1/24/09; Expert depositions to be completed by 3/24/09; and Fact discovery to be closed as of 3/24/09. Status hearing set for 11/13/2008 at 09:00 AM.mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.